# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARTHREX, INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION. NO. 1:22-cv-00465 UNA |
| | ) |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, and FEDERAL INSURANCE COMPANY, | ) JURY TRIAL DEMANDED |
| | ) |
| Defendants. | ) |

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

The non-governmental corporate party, Arthrex, Inc., by its undersigned counsel, hereby makes the following corporate disclosures required by Rule 7.1:

1. Arthrex, Inc. has no parent company and/or publicly held corporation that owns 10% or more of its stock.

Dated:  April 11, 2022

**BLANK ROME LLP**

*/s/ Larry R. Wood, Jr.*
Larry R. Wood, Jr. (No. 3262)
Adam V. Orlacchio (No. 5520)
Anna E. Currier (No. 6271)
1201 N. Market St., Suite 800
Wilmington, DE  19801
Telephone: (302) 425-6400
Facsimile: (302) 425-6464
larry.wood@blankrome.com
adam.orlacchio@blankrome.com
anna.currier@blankrome.com

OF COUNSEL:

Justin F. Lavella (*Pro Hac Vice Admission forthcoming*)

2

                Alexander H. Berman (*Pro Hac Vice Admission*
*forthcoming*)
1825 Eye Street, N.W.
Washington, D.C.  20006
Telephone: (202) 420-4834
Facsimile: (202) 379-9046
justin.lavella@blankrome.com
alex.berman@blankrome.com

2