# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARTHREX, INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION. NO: 1:22-cv-00465 CFC |
| | ) |
| NATIONAL UNION FIRE INSURANCE | ) JURY TRIAL DEMANDED |
| COMPANY OF PITTSBURGH, PA, and | ) |
| FEDERAL INSURANCE COMPANY, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## MOTION AND ORDER FOR ADMISSION
## *PRO HAC VICE* OF ALEXANDER H. BERMAN

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Alexander H. Berman, Esq., of the law firm BLANK ROME LLP, to represent Plaintiff Arthrex, Inc. in the above-captioned matter.

Dated: April 13, 2022                                    **BLANK ROME LLP**

*/s/ Anna E. Currier*
Larry R. Wood, Jr. (No. 3262)
Adam V. Orlacchio (No. 5520)
Anna E. Currier (No. 6271)
1201 N. Market St., Suite 800
Wilmington, DE 19801
Telephone: (302) 425-6400
Facsimile: (302) 425-6464
larry.wood@blankrome.com
adam.orlacchio@blankrome.com
anna.currier@blankrome.com

OF COUNSEL:

Justin F. Lavella (*Pro Hac Vice Admission forthcoming*)
Alexander H. Berman (*Pro Hac Vice Admission forthcoming*)

        1825 Eye Street, N.W.
        Washington, D.C. 20006
        Telephone: (202) 420-4834
        Facsimile: (202) 379-9046
        justin.lavella@blankrome.com
        alex.berman@blankrome.com

*Counsel for Plaintiff Arthrex, Inc.*