# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# FORT MYERS DIVISION

ARTHREX, INC,

     *Plaintiff,*

v.                         Case No.:   2:22-cv-748-JLB-KCD

NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA, *et
al.,*

     *Defendants.*

_____/

## DEFENDANTS' RESPONSE STATING NO OPPOSITION TO PLAINTIFF'S MOTION TO AMEND COMPLAINT

Defendants National Union Fire Insurance Company of Pittsburgh, Pa. ("National Union") and Federal Insurance Company ("Federal") state as follows with respect to Plaintiff's Motion for Leave to Amend Complaint:

1.     On February 16, 2023, Plaintiff Arthrex, Inc. ("Arthrex") filed a motion for leave to amend its Complaint [ECF No. 81]. With respect to the M.D. Fla. L.R. 3.01(g) conferral, the motion correctly noted that, as of that date, "[t]he parties were unable to agree to resolution of all or part of this motion." [ECF No. 81, p. 7].

2.     National Union and Federal no longer oppose Plaintiff's Motion for Leave to Amend Complaint and do not object to Plaintiff's filing of an Amended Complaint.

*[Signatures on following page]*

132298297.1

**Dated: March 9, 2023**

s/ *Aaron S.Weiss*
Steven J. Brodie (FBN 333069)
sbrodie@carltonfields.com
Aaron S. Weiss (FBN 48813)
aweiss@carltonfields.com
Daniel G. Enriquez (FBN 85864)
denriquez@carltonfields.com
Carlton Fields, P.A.
700 NW 1st Avenue, Ste. 1200
Miami, Florida 33136
Telephone: 305-530-0050
Counsel for National Union

**Counsel for National Union**

s/ *Gregory K. Rettig*
Gregory K. Rettig (FBN 172774)
grettig@lgwmlaw.com
Lloyd, Gray, Whitehead & Monroe, P.C.
125 W. Romana Street, Suite 330
Pensacola, Florida 32502
Telephone: 850-777-3322

Stephen E. Whitehead (admitted PHV)
steve@lgwmlaw.com
Jennifer W. Wall (admitted PHV)
jwall@lgwmlaw.com
Mallory Hall (admitted PHV)
mhall@lgwmlaw.com
Lloyd, Gray, Whitehead & Monroe, P.C.
880 Montclair Road, Ste. 100
Birmingham, Alabama 35213
Telephone: 205-967-8822

**Counsel for Federal**

132298297.1