# EXHIBIT J

| | |
|---|---|
| **From:** | MacAneney, J. Robert <RMacAneney@carltonfields.com> |
| **Sent:** | Monday, April 26, 2021 8:48 PM |
| **To:** | Lavella, Justin |
| **Subject:** | Arthrex / AIG Claim No. 4467406650US |
| **Attachments:** | ARTHX000167 -  Inv. 22103874.pdf; ARTHX000001-129.pdf; ARTHX000130 - 166.pdf |

Justin,

We are advised that the total for the Pre-Claim Inquiry Cost analysis is $154,603.00.  Enclosed are copies of bills reviewed by AIG for Pre-Claim Inquiry Coverage under the Policy.   The highlighted portions of the invoices have been identified as qualifying as Pre-Claim Inquiry Costs.  As we discussed, AIG cannot evaluate the redacted bills for Pre-Claim Inquiry Costs and respectfully requests that the Insured reconsider providing the unredacted bills to AIG so that they too can be reviewed for coverage.  Please feel free to call me to further discuss.

Rob



**J. Robert MacAneney**
Attorney at Law

405 Lexington Avenue, 36th Floor
New York, New York 10174-3699
Direct: 212.380.9615 | Mobile: 212.457.1500

RMacAneney@carltonfields.com | www.carltonfields.com
bio | vcard | linkedin

**Carlton Fields is ISO 27001:2013 certified**

*Confidential: This e-mail contains a communication protected by the attorney-client privilege or constitutes work product. If you do not expect such a communication, please delete this message without reading it or any attachment and then notify the sender of this inadvertent delivery.*

1