# EXHIBIT L

| | |
|---|---|
| **From:** | Lavella, Justin |
| **Sent:** | Monday, March 8, 2021 2:09 PM |
| **To:** | MacAneney, J. Robert; Acker, Jaime; tal.stern@chubb.com |
| **Cc:** | Berman, Alexander H. |
| **Subject:** | RE: Arthrex / AIG Claim No. 4467406650US |

All:

I hope this email finds each of you well. I am writing to provide an update on Arthrex's ongoing conversations with the US government and to request an update from AIG on its payment of the outstanding invoices from Willkie and Ropes & Gray.

First, by way of update, Arthrex, through its attorneys at Sidley, have reached a "preliminary agreement" with the US government to settle this matter for $16 million. This settlement was negotiated by Arthrex, in part, based on AIG's and Chubb's statements that there was no need to procure prior consent because this matter does not rise to the level of a "claim." As you know, Arthrex strongly disagrees with this position, and reserves all rights with regard to this matter. Now that a preliminary settlement has been reached, Arthrex requests that AIG and Chubb let us know if they have any objection to the settlement. Please note that the settlement remains subject to reaching agreement on the final terms of a written agreement, including separate negotiations with other departments of the US government.

Second, and following up on our prior communications, Arthrex asks that AIG provide an update on the payment of the outstanding invoices from Willkie and Ropes & Gray.

If you have any questions with regard to any of the above, please let us know.

Regards,

**Justin F. Lavella** | BLANKROME
1825 Eye Street NW | Washington, D.C. 20006
O: 202.420.4834 | M: 202.271.1932 | jlavella@blankrome.com

---

**From:** Lavella, Justin
**Sent:** Thursday, February 18, 2021 4:12 PM
**To:** 'MacAneney, J. Robert' <RMacAneney@carltonfields.com>; Acker, Jaime <Jaime.Acker@AIG.com>; 'tal.stern@chubb.com' <tal.stern@chubb.com>
**Subject:** FW: Arthrex / AIG Claim No. 4467406650US

The below email was bounced back given my poor spelling. I apologize Jaime.

**Justin F. Lavella** | BLANKROME
1825 Eye Street NW | Washington, D.C. 20006
O: 202.420.4834 | M: 202.271.1932 | jlavella@blankrome.com

---

**From:** Lavella, Justin
**Sent:** Thursday, February 18, 2021 4:06 PM
**To:** 'MacAneney, J. Robert' <RMacAneney@carltonfields.com>; 'jamie.acker@aig.com' <jamie.acker@aig.com>;

'tal.stern@chubb.com' <tal.stern@chubb.com>
**Subject:** Arthrex / AIG Claim No. 4467406650US

Rob, Jamie, and Tal:

I hope this email finds each of you well.  We appreciate you each taking the time to speak with Arthrex and its defense counsel this afternoon to discuss the pending insurance claim.

As we discussed this afternoon (and many times previously), Arthrex believes that the current dispute with the government is a result of multiple "Claims" (defined in the AIG D&O policy as, among other things, "a written demand for monetary, non-monetary or injunctive relief"), including, not but necessarily limited to, the two subpoenas issued by the government and the qui tam complaint that defense counsel believe is pending.  We understand that AIG and Chubb dispute Arthrex's position, but have agreed to accept this matter as a "pre-claim inquiry."

As we discussed, the government has made an oral settlement offer to Arthrex to resolve this matter.  In an effort to ensure that AIG and Chubb were permitted to "associate" in the proposed settlement discussions and in order to secure (to the extent necessary) AIG's and Chubb's "prior written consent" or waiver of lack of "prior written consent" as a coverage defense, Arthrex scheduled this afternoon's conference call.

During that conference call, both AIG and Chubb asked that Arthrex place its request for either "consent" (to the extent necessary) or a waiver of lack of "consent" as a coverage defense in writing, which Arthrex is doing through this email.

As we discussed, Arthrex's counsel believes it is important to respond to the government before the end of the week.  As such, we ask that AIG and Chubb respond to the this written request by tomorrow morning.

In the meantime, if you have any questions or concerns, please let us know.

Regards,

**Justin F. Lavella** | BLANKROME
1825 Eye Street NW | Washington, D.C. 20006
O: 202.420.4834 | M: 202.271.1932 | jlavella@blankrome.com