UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ARTHREX, INC.

    Plaintiff,

v.

NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA. AND
FEDERAL INSURANCE COMPANY

    Defendants.

_____

Case No. 2:22-cv-00748

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and the parties' agreement, Plaintiff Arthrex, Inc. hereby voluntarily dismisses the Second Claim for Relief (Bad Faith – Against All Defendants) of the Amended Complaint [ECF 86] without prejudice.

Date:  March 16, 2023

Respectfully submitted,

**BLANK ROME LLP**

/s/ *Alexander H. Berman*
Michael R. Esposito (FBN 37457)
michael.esposito@blankrome.com
201 E. Kennedy Blvd., Ste. 520
Tampa, FL 33602
Telephone: 813-255-2324
Facsimile: 813-433-5352

Justin F. Lavella (*pro hac vice*)
justin.lavella@blankrome.com
Alexander H. Berman (*pro hac vice*)

**CARLTON FIELDS, P.A.**

/s/ *Aaron S. Weiss*
Steven J. Brodie (FBN 333069)
sbrodie@carltonfields.com
Aaron S. Weiss (FBN 48813)
aweiss@carltonfields.com
Daniel G. Enriquez (FBN 85864)
denriquez@carltonfields.com
700 NW 1st Avenue, Ste. 1200
Miami, Florida 33136

| | |
|---|---|
| alex.berman@blankrome.com<br>1825 Eye Street, N.W.<br>Washington, D.C. 20006<br>Telephone: 202-420-4834<br>Facsimile: 202-379-9046<br><br>*Counsel for Plaintiff Arthrex, Inc.* | *Counsel for Defendant National Union Fire Insurance Company of Pittsburgh, Pa.*<br><br>**LLOYD, GRAY, WHITEHEAD & MONROE**<br><br>/s/ *Gregory K. Rettig*<br>Gregory K. Rettig (FBN 172774)<br>grettig@lgwmlaw.com<br>125 W. Romana Street, Suite 330<br>Pensacola, Florida 32502<br>Telephone: 850-777-3322<br><br>Stephen E. Whitehead (*pro hac vice*)<br>steve@lgwmlaw.com<br>Jennifer W. Wall (*pro hac vice*)<br>jwall@lgwmlaw.com<br>Mallory Hall (*pro hac vice*)<br>mhall@lgwmlaw.com<br>880 Montclair Road, Ste. 100<br>Birmingham, Alabama 35213<br>Telephone: 205-967-8822<br><br>*Counsel for Defendant Federal Insurance Company* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 16, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of the Notice of Electronic Filing generated by CM/ECF.

/s/ *Alexander H. Berman*
Alexander H. Berman