UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ARTHREX, INC.

    Plaintiff,

v.

NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA. AND
FEDERAL INSURANCE COMPANY

    Defendants.
_____

Case No. 2:22-cv-00748

**PLAINTIFF'S UNOPPOSED MOTION TO AMEND COMPLAINT
PURSUANT TO FED. R. CIV. P. 15**

Plaintiff Arthrex, Inc. ("Arthrex"), by and through its undersigned counsel, and with agreement of both defendants, hereby files this Motion to Amend Complaint Pursuant to Fed. R. Civ. P. 15 in the above-captioned lawsuit ("Motion").

**MEMORANDUM OF LEGAL AUTHORITY**

This proposed amendment involves removing Plaintiff Arthrex's Second Claim for Relief (Bad Faith – Against All Defendants). Plaintiff and the Defendants had previously agreed to the dismissal of that particular cause of action, and filed a Stipulation of Dismissal under Federal Rule of Civil Procedure 41 on March 13, 2023. ECF 87. On March 21, 2023, the Court struck the Stipulation of Dismissal, notifying the parties that such a stipulation was not the correct vehicle for dismissing a particular claim within an action. ECF 88.

This motion, which has been consented to by all parties, seeks to correct that error by moving pursuant to Rule 15 to amend the Complaint to remove the Second Claim for Relief—without prejudice—per the parties' previous agreement and intent. *See Campbell v. Altec Indus., Inc.*, 605 F.3d 839, 841 n.1 (11th Cir. 2010). The Second Amended Complaint will be identical to the First Amended Complaint except that what is presently (a) Count II of the First Amended Complaint (ECF No. 86 ¶¶ 160-172), and (b) Paragraph b of First Amended Complaint's Prayer for Relief, will no longer be included in the pleading.

Rule 15(a)(2) authorizes amendment either "with the opposing party's written consent" or "the court's leave." Fed. R. Civ. P. 15(a)(2). Because the opposing parties here have consented in writing to this amendment, Arthrex should be permitted to amend the Complaint to remove, without prejudice to its right to reassert such a claim in the future, its Second Claim for Relief. *See id.* In addition, to the extent the Court's leave is required, Rule 15 states that the Court "should freely give leave when justice so requires." *Id.* Here, leave to amend to remove the Second Claim for Relief is in the interests of justice because it will narrow the issues before the Court and will benefit the smooth administration of this case.

## **CONCLUSION**

For the foregoing reasons, Arthrex respectfully requests that the Court grant its Motion to Amend the Complaint to remove the Second Claim for Relief pursuant to Fed. R. Civ. P. 15.

## LOCAL RULE 3.01(g) CERTIFICATION

Pursuant to Local Rule 3.01(g) of the United States District Court for the Middle District of Florida, the undersigned certifies that counsel for the Plaintiff conferred in good faith with counsel for the Defendants via electronic mail on March 22, 2023, about this motion. The parties agree to the relief sought herein.

DATED: March 22, 2023

Respectfully submitted,

*s/ Alexander H. Berman*

| | |
|---|---|
| Michael R. Esposito | Justin F. Lavella (*pro hac vice*) |
| Florida Bar No.: 37457 | Alexander H. Berman (*pro hac vice*) |
| **BLANK ROME LLP** | **BLANK ROME LLP** |
| 201 E. Kennedy Blvd., Ste. 520 | 1825 Eye Street, N.W. |
| Tampa, FL 33602 | Washington, D.C. 20006 |
| Telephone: 813-255-2324 | Telephone: 202-420-4834 |
| Facsimile: 813-433-5352 | Facsimile: 202-379-9046 |
| michael.esposito@BlankRome.com | justin.lavella@blankrome.com |
| | alex.berman@blankrome.com |

*Counsel for Defendant Arthrex, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 22, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of the Notice of Electronic Filing generated by CM/ECF.

*s/ Alexander H. Berman*
Alexander H. Berman